**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00549-CV
No. 05-13-00550-CV
No. 05-13-00551-CV

**IN RE: ALBERT RIGSBAY, Relator**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 051461, 051462, 051463**

## ORDER
Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petitions for writ of

mandamus. We **ORDER** that relator bear the costs of the original proceedings.


/s/     LANA MYERS
       JUSTICE